## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION
OPIATE LITIGATION

THIS DOCUMENT RELATES TO:

*City of Pritchard, AL v. Purdue Pharma L.P. et al.*,
1:18-op-45690-DAP (N.D. Ohio)

*Fayette County, Alabama et al. v. Purdue Pharma LP et al.*,
1:18-op-45211-DAP (N.D. Ohio)

*Lamar County, Alabama et al v. Purdue Pharma LP et al.*,
1:18-op-45210-DAP (N.D. Ohio)

*City of Orange Beach, Alabama v. Purdue Pharma, L.P. et al.*,
1:19-op-45784-DAP (N.D. Ohio)

*City of Prattville, Alabama v. Purdue Pharma, L.P. et al.*,
1:19-op-45783-DAP (N.D. Ohio)

*Lauderdale County, Alabama v. Teva Pharmaceuticals USA, Inc., et al.*,
1:19-op-45845-DAP (N.D. Ohio)

*City of Sylacauga v. Teva Pharmaceuticals USA, Inc. et al.*,
1:19-op-45900-DAP (N.D. Ohio)

*City of Homewood, Alabama v. Teva Pharmaceuticals et al.*,
1:19-op-45973-DAP (N.D. Ohio)

*City of Fairhope, Alabama v. Teva Pharmaceuticals USA, Inc. et al.*,
1:22-op-45002-DAP (N.D. Ohio)

*City of Huntington Beach, California v. Purdue Pharma L.P. et al.*,
1:18-op-45588-DAP (N.D. Ohio)

*County of San Bernardino et al v. Purdue Pharma L.P. et al.*,
1:18-op-46032-DAP (N.D. Ohio)

*City of Laguna Beach, California v. Purdue Pharma, L.P. et al.*,
1:19-op-45447-DAP (N.D. Ohio)

*County of Santa Clara, California et al v. CVS Health Corporation et al.*,
1:22-op-45030-DAP (N.D. Ohio)

*County of Los Angeles and the People of the State of California v. CVS Health Corporation et al.*,
1:22-op-45032-DAP (N.D. Ohio)

MDL No. 2804
Case No. 17-md-2804
Judge Dan Aaron Polster

*Pueblo County v. Purdue Pharma L.P. et al.*,
1:18-op-45801-DAP (N.D. Ohio)

*City of Middletown v. Purdue Pharma L.P. et al.*,
1:19-op-45651-DAP (N.D. Ohio)

*Town of Windham v. Teva Pharmaceuticals USA, Inc. et al.*,
1:20-op-45103-DAP (N.D. Ohio)

*Town of Wethersfield v. Purdue Pharma L.P. et al.*,
1:19-op-45663-DAP (N.D. Ohio)

*Sussex County, Delaware v. Purdue Pharma L.P. et al.*,
1:19-op-45723-DAP (N.D. Ohio)

*Lee County v. Purdue Pharma L.P., et al.*,
1:19-op-45671-DAP (N.D. Ohio)

*City of Nashville Georgia v. Purdue Pharma LP et al.*,
1:19-op-45617-DAP (N.D. Ohio)

*Dade County, Georgia v. McKesson Corporation et al.*,
1:19-op-46099-DAP (N.D. Ohio)

*Candler County Hospital Authority v. Amerisourcebergen Drug Corporation et al.*,
1:18-op-45167-DAP (N.D. Ohio)

*County of Fannin v. Rite Aid of Georgia, Inc. et al.*,
1:19-op-45269-DAP (N.D. Ohio)

*Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al.*,
1:20-op-45281-DAP (N.D. Ohio)

*Board of Commissioners of the County of Allen v. Purdue Pharma LP et al.*,
1:18-op-45121-DAP (N.D. Ohio)

*Appanoose County et al v. Allergan PLC et al.*,
1:21-op-45051-DAP (N.D. Ohio)

*Kentucky River District Health Department v. Actavis LLC et al.*,
1:19-op-45050-DAP (N.D. Ohio)

*Estill County Emergency Medical Services v. Amerisourcebergen Drug Corporation et al.*,
1:18-op-46237-DAP (N.D. Ohio)

*Hardin County Fiscal Court et al v. Purdue Pharma L.P. et al.*,
1:20-op-45063-DAP (N.D. Ohio)

*Lawrence County, Kentucky v. AmerisourceBergen Drug Corporation et al.*,
1:19-op-46184-DAP (N.D. Ohio)

*Warren County v. Teva Pharmaceutical Industries Ltd. et al.*,
1:20-op-45075-DAP (N.D. Ohio)

*Williams v. Purdue Pharma L P et al.*,
1:18-op-45259-DAP (N.D. Ohio)

*City of Baton Rouge v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-45160-DAP (N.D. Ohio)

*Benton Fire Protection District No. 4 v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46254-DAP (N.D. Ohio)

*Bossier City v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46088-DAP (N.D. Ohio)

*Bossier Parish Emergency Medical Services Ambulance District v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46255-DAP (N.D. Ohio)

*Bossier Parish v. Amerisourcebergen Drug Corporation et al.*,
1:18-op-45087-DAP (N.D. Ohio)

*Caddo Fire Protection District No. 1 v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46259-DAP (N.D. Ohio)

*Caddo Parish v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46230-DAP (N.D. Ohio)

*City of Franklin v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46226-DAP (N.D. Ohio)

*City of New Iberia v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46228-DAP (N.D. Ohio)

*City of Patterson v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46231-DAP (N.D. Ohio)

*Gautreaux v. Purdue Pharma L.P. et al.*,
1:18-op-45325-DAP (N.D. Ohio)

*Garber v. Purdue Pharma L P et al.*,
1:17-op-45180-DAP (N.D. Ohio)

*Russell v. Purdue Pharma L P et al.*,
1:18-op-45154-DAP (N.D. Ohio)

*Hilton v. Purdue Pharma L P et al.*,
1:17-op-45178-DAP (N.D. Ohio)

*Seal v. Purdue Pharma LP et al.*,
1:18-op-45093-DAP (N.D. Ohio)

*Philley v. Purdue Pharma L P et al.*,
1:18-op-45260-DAP (N.D. Ohio)

*Desoto Fire Protection District No. 8 v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46256-DAP (N.D. Ohio)

*Iberia Parish School Board v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46245-DAP (N.D. Ohio)

*Jefferson Davis Parish Police Jury v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46162-DAP (N.D. Ohio)

*Kenner City v. Amerisourcebergen Drug Corporation et al.*,
1:19-op-45093-DAP (N.D. Ohio)

*Lopinto v. AmerisourceBergen Drug Corporation, et al.*,
1:18-op-46288-DAP (N.D. Ohio)

*Hospital Service District No. 1 of the Parish of LaSalle, State of Louisiana v. Purdue Pharma, L.P. et al.*,
1:18-op-46150-DAP (N.D. Ohio)

*Scott Anslum v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46229-DAP (N.D. Ohio)

*St. James Parish v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46087-DAP (N.D. Ohio)

*St. Mary Parish School Board v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46232-DAP (N.D. Ohio)

*St. Mary Parish v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46219-DAP (N.D. Ohio)

*St. Tammany Fire Protection District No. 1 v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46252-DAP (N.D. Ohio)

*St. Tammany Fire Protection District No. 3 v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46250-DAP (N.D. Ohio)

*St. Tammany Fire Protection District No. 5 v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46247-DAP (N.D. Ohio)

*St. Tammany Fire Protection District No. 12 et al v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46249-DAP (N.D. Ohio)

*St. Tammany Fire Protection District No. 13 v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46248-DAP (N.D. Ohio)

*Town of Baldwin v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46220-DAP (N.D. Ohio)

*Gilley v. Purdue Pharma L P et al.*,
1:19-op-45007-DAP (N.D. Ohio)

*Town of Berwick v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46217-DAP (N.D. Ohio)

*Webster Parish v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-45980-DAP (N.D. Ohio)

*West Baton Rouge Fire Protection District No. 1 v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46251-DAP (N.D. Ohio)

*Vermillion Parish Police Jury v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-46224-DAP (N.D. Ohio)

*McCain v. Purdue Pharma L.P. et al.*,
1:19-op-45244-DAP (N.D. Ohio)

*Gusman v. Purdue Pharma L.P. et al.*,
1:18-op-45663-DAP (N.D. Ohio)

*Champagne v. AmerisourceBergen Drug Corporation, et al.*,
1:19-op-46127-DAP (N.D. Ohio)

*City of Natchitoches, LA v. Amerisourcebergen Drug Corporation et al.*,
1:21-op-45095-DAP (N.D. Ohio)

*Passamaquoddy Tribe-Indian Township v. Purdue Pharma L.P. et al.*,
1:18-op-45876-DAP (N.D. Ohio)

*Passamaquoddy Tribe-Pleasant Point v. Purdue Pharma L.P. et al.*,
1:19-op-45100-DAP (N.D. Ohio)

*City of Augusta v. Purdue Pharma LP et al.*,
1:19-op-45182-DAP (N.D. Ohio)

*City of Aberdeen, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45772-DAP (N.D. Ohio)

*City of Bel Air, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45669-DAP (N.D. Ohio)

*City of Berlin, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45676-DAP (N.D. Ohio)

*City of Charlestown, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45677-DAP (N.D. Ohio)

*City of Grantsville, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45668-DAP (N.D. Ohio)

*City of Havre De Grace, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45678-DAP (N.D. Ohio)

*City Of Laurel, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45714-DAP (N.D. Ohio)

*City of Mountain Lake Park, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45666-DAP (N.D. Ohio)

*City of North East, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45670-DAP (N.D. Ohio)

*City of Oakland, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45916-DAP (N.D. Ohio)

*City of Perryville, Maryland v. Purdue Pharma, L.P. et a.*,
1:19-op-45679-DAP (N.D. Ohio)

*City of Vienna, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45680-DAP (N.D. Ohio)

*County of Wicomico, Maryland v. Purdue Pharma, L.P. et al.*,
1:19-op-45681-DAP (N.D. Ohio)

*County of Somerset, Maryland v. Cephalon, Inc. et al.*,
1:19-op-45911-DAP (N.D. Ohio)

*Town of Marshfield, Massachusetts v. Amerisourcebergen Drug
Corporation et al.*,
1:18-op-45752-DAP (N.D. Ohio)

*Town of West Springfield, Massachusetts v. Amerisourcebergen Drug
Corporation et al.,*
1:18-op-45813-DAP (N.D. Ohio)

*Town of Wellfleet v. Amerisourcebergen Drug Corporation et al.*,
1:19-op-45556-DAP (N.D. Ohio)

*City of Medford v. Purdue Pharma, LP et al.*,
1:19-op-45110-DAP (N.D. Ohio)

*Muskegon County v. Purdue Pharma L.P. et al.*,
1:18-op-46199-DAP (N.D. Ohio)

*City of Lumberton, Mississippi v. Amerisourcebergen Drug Corporation
et al.*,
1:18-op-46236-DAP (N.D. Ohio)

*Grafton County v. Purdue Pharma L.P. et al.*,
1:19-op-45691-DAP (N.D. Ohio)

*Rockingham County v. Purdue Pharma L.P. et al.*,
1:19-op-45703-DAP (N.D. Ohio)

*Town of Belmont, NH v. Purdue Pharma L.P. et al.*,
1:19-op-45707-DAP (N.D. Ohio)

*Cheshire County v. Purdue Pharma L.P. et al.*,
1:19-op-45706-DAP (N.D. Ohio)

*Strafford County v. Purdue Pharma L.P. et al.*,
1:19-op-45689-DAP (N.D. Ohio)

*Sullivan County v. Purdue Pharma L.P. et al.*,
1:19-op-45704-DAP (N.D. Ohio)

*City of Claremont, NH v. Purdue Pharma L.P. et al.*,
1:19-op-45690-DAP (N.D. Ohio)

*Coos County et al v. Teva Pharmaceuticals USA, Inc. et al.*,
1:19-op-46136-DAP (N.D. Ohio)

*Carroll County v. Teva Pharmaceuticals USA, Inc. et al.*,
1:19-op-46137-DAP (N.D. Ohio)

*City of Jersey City, New Jersey v. Purdue Pharma L.P. et al.*,
1:18-op-45948-DAP (N.D. Ohio)

*Essex County, New Jersey v. Purdue Pharma L.P. et al.*,
1:18-op-45989-DAP (N.D. Ohio)

*County of Burlington v. Purdue Pharma L.P. et al.*,
1:19-op-45928-DAP (N.D. Ohio)

*Sussex County, New Jersey v. Purdue Pharma L.P. et al.*,
1:19-op-45616-DAP (N.D. Ohio)

*Passaic County, New Jersey v. Purdue Pharma L.P. et al.*,
1:19-op-45741-DAP (N.D. Ohio)

*San Juan County v. Purdue Pharma L.P. et al.*,
1:18-op-45829-DAP (N.D. Ohio)

*Board of County Commissioners of the County of Colfax v. Allergan Finance LLC et al.*,
1:21-op-45055-DAP (N.D. Ohio)

*Board of County Commissioners of the County of Luna v. Allergan PLC et al.*,
1:21-op-45056-DAP (N.D. Ohio)

*Board of County Commissioners of The County of Union v. Allergan PLC et al.*,
1:21-op-45057-DAP (N.D. Ohio)

*Board of County Commissioners of the County of Torrance v. Allergan PLC et al.*,
1:22-op-45004-DAP (N.D. Ohio)

*Eddy County v. Allergan PLC et al.*,
1:22-op-45015-DAP (N.D. Ohio)

*City of Saratoga Springs v. Purdue Pharma L.P. et al.*,
1:19-op-45857-DAP (N.D. Ohio)

*Incorporated Village of Island Park, NY v. McKesson Corporation et al.*,
1:19-op-45903-DAP (N.D. Ohio)

*Incorporated Village of Garden City, NY v. McKesson Corporation et al.*,
1:19-op-45902-DAP (N.D. Ohio)

*Rosalyn Water District, NY v. McKesson Corporation et al.*,
1:19-op-46015-DAP (N.D. Ohio)

*Village of Port Washington North, NY v. McKesson Corporation et al.*,
1:19-op-46051-DAP (N.D. Ohio)

*Incorporated Village of Old Westbury, NY v. McKesson Corporation et al.*,
1:19-op-46075-DAP (N.D. Ohio)

*Village of Suffern, NY v. McKesson Corporation et al.*,
1:19-op-46087-DAP (N.D. Ohio)

*Incorporated Village of Poquott, NY v. McKesson Corporation et al.*,
1:19-op-46031-DAP (N.D. Ohio)

*Town of Riverhead, NY v. McKesson Corporation et al.*,
1:19-op-46036-DAP (N.D. Ohio)

*Ridge Fire District, New York v. McKesson Corporation et al.*,
1:19-op-46144-DAP (N.D. Ohio)

*Village of Islandia, NY v. McKesson Corporation et al.*,
1:19-op-45954-DAP (N.D. Ohio)

*Town of Ramapo, New York v. McKesson Corporation et al.*,
1:20-op-45042-DAP (N.D. Ohio)

*North Patchogue Fire District v. McKesson Corporation et al.*,
1:20-op-45050-DAP (N.D. Ohio)

*Hauppauge Fire District, New York v. McKesson Corporation et al.*,
1:19-op-46108-DAP (N.D. Ohio)

*Village of the Branch, New York v. McKesson Corporation et al.*,
1:19-op-46114-DAP (N.D. Ohio)

*Town of Islip, NY v. McKesson Corporation et al.*,
1:19-op-46079-DAP (N.D. Ohio)

*Levittown Fire District, NY v. McKesson Corporation et al.*,
1:19-op-46077-DAP (N.D. Ohio)

*Village of West Haverstraw, NY v. McKesson Corporation et al.*,
1:19-op-46089-DAP (N.D. Ohio)

*Incorporated Village of Lindenhurst, NY v. McKesson Corporation et al.*,
1:19-op-46064-DAP (N.D. Ohio)

*Incorporated Village of Valley Stream, NY v. McKesson Corporation et al.*,
1:19-op-46023-DAP (N.D. Ohio)

*Town of Haverstraw, NY v. McKesson Corporation et al.*,
1:19-op-46083-DAP (N.D. Ohio)

*Incorporated Village of West Hampton Dunes, NY v. McKesson Corporation et al.*,
1:19-op-46055-DAP (N.D. Ohio)

*Incorporated Village of Lloyd Harbor, NY v. McKesson Corporation et al.*,
1:19-op-46052-DAP (N.D. Ohio)

*Uniondale Fire District, NY v. McKesson Corporation et al.*,
1:19-op-46049-DAP (N.D. Ohio)

*Town of Huntington, NY v. McKesson Corporation et al.*,
1:19-op-46038-DAP (N.D. Ohio)

*Town of Hempstead, NY v. McKesson Corporation et al.*,
1:19-op-46035-DAP (N.D. Ohio)

*Incorporated Village of Westbury, NY v. McKesson Corporation et al.*,
1:19-op-46025-DAP (N.D. Ohio)

*Incorporated Village of Hempstead, NY v. McKesson Corporation et al.*,
1:19-op-46026-DAP (N.D. Ohio)

*Incorporated Village of Lake Grove, NY v. McKesson Corporation et al.*,
1:19-op-46032-DAP (N.D. Ohio)

*City of Ogdensburg v. Purdue Pharma L.P. et al.*,
1:19-op-45852-DAP (N.D. Ohio)

*Southwestern Central School District v. Cephalon, Inc. et al.*,
1:22-op-45024-DAP (N.D. Ohio)

*County of Rockland, New York v. Purdue Pharma, L.P. et al.*,
1:19-op-45662-DAP (N.D. Ohio)

*New Hanover County v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-45006-DAP (N.D. Ohio)

*City of Bismarck v. Purdue Pharma L.P. et al.*,
1:19-op-45629-DAP (N.D. Ohio)

*Burleigh County v. Purdue Pharma L.P. et al.*,
1:19-op-45630-DAP (N.D. Ohio)

*Dunn County v. Purdue Pharma L.P. et al.*,
1:19-op-45631-DAP (N.D. Ohio)

*McLean County v. Purdue Pharma L.P. et al.*,
1:19-op-45632-DAP (N.D. Ohio)

*McKenzie County v. Purdue Pharma L.P. et al.*,
1:19-op-46134-DAP (N.D. Ohio)

*Williams County v. Purdue Pharma L.P. et al.*,
1:19-op-45633-DAP (N.D. Ohio)

*Mountrail County v. Purdue Pharma L.P. et al.*,
1:19-op-45634-DAP (N.D. Ohio)

*Mercer County v. Purdue Pharma L.P. et al.*,
1:19-op-45635-DAP (N.D. Ohio)

*City of Devils Lake v. Purdue Pharma L.P. et al.*,
1:19-op-45637-DAP (N.D. Ohio)

*Walsh County v. Purdue Pharma L.P. et al.*,
1:19-op-45638-DAP (N.D. Ohio)

*Towner County v. Purdue Pharma L.P. et al.*,
1:19-op-45639-DAP (N.D. Ohio)

*Barnes County v. Purdue Pharma L.P. et al.*,
1:19-op-45640-DAP (N.D. Ohio)

*Ramsey County v. Purdue Pharma L.P. et al.*,
1:19-op-45641-DAP (N.D. Ohio)

*Sargent County v. Purdue Pharma L.P. et al.*,
1:19-op-45642-DAP (N.D. Ohio)

*Benson County v. Purdue Pharma L.P. et al.*,
1:19-op-45643-DAP (N.D. Ohio)

*Richland County v. Purdue Pharma L.P. et al.*,
1:19-op-45644-DAP (N.D. Ohio)

*Ransom County v. Purdue Pharma L.P. et al.*,
1:19-op-45645-DAP (N.D. Ohio)

*Rolette County v. Purdue Pharma L.P. et al.*,
1:19-op-45646-DAP (N.D. Ohio)

*Grand Forks County v. Purdue Pharma L.P. et al.*,
1:19-op-45647-DAP (N.D. Ohio)

*Pembina County v. Purdue Pharma L.P. et al.*,
1:19-op-45674-DAP (N.D. Ohio)

*Wells County v. Purdue Pharma L.P. et al.*,
1:19-op-45682-DAP (N.D. Ohio)

*Pierce County v. Purdue Pharma L.P. et al.*,
1:19-op-45683-DAP (N.D. Ohio)

*Foster County v. Teva Pharmaceuticals USA, Inc. et al.*,
1:19-op-45918-DAP (N.D. Ohio)

*Dickey County v. Teva Pharmaceuticals USA, Inc. et al.*,
1:19-op-45919-DAP (N.D. Ohio)

*Eddy County v. Teva Pharmaceuticals USA, Inc. et al.*,
1:19-op-45917-DAP (N.D. Ohio)

*Board of Education of Boardman Local Schools et al v. Cephalon, Inc. et al.*,
1:22-op-45023-DAP (N.D. Ohio)

*City of Elyria v. Purdue Pharma L.P. et al.*,
1:18-op-45080-DAP (N.D. Ohio)

*Marion County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al.*,
1:18-op-45529-DAP (N.D. Ohio)

*Meigs County, Ohio v. Cardinal Health, Inc. et al.*,
1:19-op-45229-DAP (N.D. Ohio)

*Muskingum County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al.*,
1:18-op-45137-DAP (N.D. Ohio)

*Noble County, Ohio v. Cardinal Health, Inc. et al.*,
1:19-op-45096-DAP (N.D. Ohio)

*City Of Lakewood v. Purdue Pharma L P et al.*,
1:18-op-45240-DAP (N.D. Ohio)

*City of Seven Hills, Ohio v. Purdue Pharma L.P. et al.*,
1:19-op-45413-DAP (N.D. Ohio)

*County of Tuscarawas, Ohio et al v. Purdue Pharma L.P. et al.*,
1:19-op-45098-DAP (N.D. Ohio)

*Village of Lexington v. Actavis LLC et al.*,
1:21-op-45109-DAP (N.D. Ohio)

*Adams County v. Purdue Pharma L.P. et al.*,
1:20-op-45140-DAP (N.D. Ohio)

*Bristol Township, Pennsylvania v. Purdue Pharma L.P. et al.*,
1:19-op-45434-DAP (N.D. Ohio)

*City of Coatesville, Penssylvania v. Purdue Pharma L.P. et al.*,
1:19-op-45396-DAP (N.D. Ohio)

*City of Wilkes Barre, Pennsylvania v. Purdue Pharma L.P. et al.*,
1:18-op-45545-DAP (N.D. Ohio)

*District Attorney of Clearfield County v. Purdue Pharma L.P. et al.*,
1:21-op-45022-DAP (N.D. Ohio)

*Lower Makefield Township v. Purdue Pharma L.P. et al.*,
1:20-op-45284-DAP (N.D. Ohio)

*Morrisville Borough, Pennsylvania v. Purdue Pharma L.P. et al.*,
1:19-op-45435-DAP (N.D. Ohio)

*Hancock County Board of Education et al v. Cephalon, Inc. et al.*,
1:22-op-45027-DAP (N.D. Ohio)

*County of Bailey, Texas v. Cephalon Inc et al.*,
1:20-op-45264-DAP (N.D. Ohio)

*County of Henderson, Texas v. Purdue Pharma L.P. et al.*,
1:19-op-45684-DAP (N.D. Ohio)

*Botetourt County, Virginia v. Mallinckrodt PLC et al.*,
1:20-op-45064-DAP (N.D. Ohio)

*Chesterfield County, VA v. Mallinckrodt PLC et al.*,
1:20-op-45173-DAP (N.D. Ohio)

*City of Buena Vista, Virginia v. Mallinckrodt PLC et al.*,
1:20-op-45159-DAP (N.D. Ohio)

*City of Fairfax, VA v. Mallinckrodt PLC et al.*,
1:20-op-45177-DAP (N.D. Ohio)

*Dinwiddie County v. Mallinckrodt, PLC et al.*,
1:20-op-45291-DAP (N.D. Ohio)

*Frederick County, Virginia v. Mallinckrodt PLC et al.*,
1:20-op-45233-DAP (N.D. Ohio)

*Henrico County, VA v. Mallinckrodt PLC et al.*,
1:20-op-45172-DAP (N.D. Ohio)

*King and Queen County, VA v. Mallinckrodt, PLC, et al.*,
1:20-op-45138-DAP (N.D. Ohio)

*Northampton County, VA v. Mallinckrodt, PLC.*,
1:20-op-45144-DAP (N.D. Ohio)

*Stafford County, VA v. Mallinckrodt PLC et al.*,
1:20-op-45178-DAP (N.D. Ohio)

*Jefferson County v. Purdue Pharma L.P. et al.*,
1:18-op-46023-DAP (N.D. Ohio)

*Columbia County v. Purdue Pharma LP et al.*,
1:17-op-45118-DAP (N.D. Ohio)

## RITE AID'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendants Rite Aid Corporation; Rite Aid Hdqtrs. Corp.; Rite Aid of Maryland, Inc.; Eckerd Corporation; Thrifty Payless Inc.; Harco, Inc.; Rite Aid of Alabama, Inc.; Rite Aid of Georgia, Inc.; Rite Aid of Kentucky, Inc.; Rite Aid of Massachusetts, Inc.; Rite Aid of Maine, Inc.; Rite Aid of Ohio, Inc.; Rite Aid of Pennsylvania, Inc.; Rite Aid of Virginia, Inc.; Rite Aid of West Virginia, Inc.; and Rite Aid Drug Palace, Inc. (collectively, "Rite Aid")[1] file this motion to dismiss Rite Aid with prejudice from the 207 actions listed in **Exhibit A** for failure to prosecute under Federal Rule of Civil Procedure 41(b) and this Court's orders dated April 6, 2023.  *See* ECF 4985; ECF 4986.

On January 3, 2023, this Court issued an Order requiring certain defendants to identify any case where Plaintiffs had failed to properly serve defendants with a complaint or a Plaintiff Fact Sheet.  *See* ECF 4801.  Subsequently, on April 6, 2023, this Court issued two orders extending the time for plaintiffs to serve defendants with complaints and to submit Plaintiff Fact Sheets.  The first April 6 order ("Order Regarding Failures to Submit Plaintiff Fact Sheets") required all governmental subdivision plaintiffs to "submit a complete PFS into the PFS Repository within 45 days of the date of this Order"—that is, by May 22, 2023—and further ordered that "[g]overnmental subdivision plaintiffs who fail to comply with this Order will have their case ***dismissed with prejudice*** for failure to prosecute, pursuant to F. R. Civ. P. 41(b)."  ECF 4985 at 1 (emphasis in original).  The order further stated that following the deadline, "any defendant may move for dismissal with prejudice of any case filed by a plaintiff that fails to comply with this Order."  *Id.* at 7.

Similarly, the Court's second April 6 order ("Order Regarding Service of Process") provided that all governmental subdivision plaintiffs who failed to perfect service of complaints within 45

---

[1] In submitting this motion, Rite Aid does not waive, but expressly preserves, all defenses and objections based on lack of personal jurisdiction, including but not limited to defenses and objections by Rite Aid Corporation, a holding company that has never manufactured, marketed, distributed, or dispensed opioids in any state.

days shall "have their cases or claims, as appropriate, *dismissed with prejudice*," and that following the deadline, "any defendant may move for dismissal with prejudice of any claim against them filed by a plaintiff that fails to comply with this Order."  ECF 4986 at 5-6 (emphasis in original).

One or more Rite Aid entities is a defendant in 207 cases where Plaintiffs either have not served a Plaintiff Fact Sheet as required by the Court's Order Regarding Failures to Submit Plaintiff Fact Sheets (ECF 4985), or have not perfected service of a complaint as required by the Order Regarding Service of Process (ECF 4986), or have neither perfected service nor served a Plaintiff Fact Sheet.  By failing to serve their complaints and/or failing to serve Plaintiff Fact Sheets, these Plaintiffs have failed to timely prosecute their claims against Rite Aid.  *See* Fed. R. Civ. P. 41(b); *Harmon v. CSX Transp., Inc.*, 110 F.3d 364, 365-67 (6th Cir. 1997) (discussing district courts' authority to dismiss cases *sua sponte* for failure to prosecute and affirming dismissal with prejudice).

Accordingly, Rite Aid respectfully moves for dismissal of all Rite Aid defendants with prejudice from each of the actions listed in **Exhibit A**.


Date:  October 10, 2023                   Respectfully submitted,

                                          /s/  *Matthew R. Ladd*
                                          Matthew R. Ladd
                                          MORGAN, LEWIS & BOCKIUS LLP
                                          1717 Main Street
                                          Dallas, TX 75201
                                          T: 214-466-4121
                                          F: 214-466-4001
                                          matthew.ladd@morganlewis.com

                                          Kelly A. Moore
                                          MORGAN, LEWIS & BOCKIUS LLP
                                          101 Park Avenue
                                          New York, NY 10178
                                          T: 212-309-6612
                                          F: 212-309-6001
                                          kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T: 215-963-5917
F: 215-963-5001
elisa.mcenroe@morganlewis.com

John K. Gisleson
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219
T: 412-560-7435
F: 412-560-7001
john.gisleson@morganlewis.com

*Counsel for Rite Aid Defendants*